**IN THE DISTRICT COURT FOR THE UNITED STATES**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 01-131ML |
| | ) | |
| TERRANCE CANNON | ) | |

**STIPULATION REGARDING MODIFICATION OF SENTENCE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties acting through their respective counsel, that:

1. Defendant has submitted a request for modification of his sentence pursuant to 18 U.S.C. § 3582(c)(2).

2. Defendant's original guideline calculation was as follows:

Total Offense Level _29_.

Criminal History Category_VI_.

_151_ to_188_ months imprisonment.

_4_ to _5_ years supervised release

$ 15,000 to $ 10,000,000 fine.

3. Defendant was sentenced on July 18, 2002 to 160 months imprisonment.

4. Defendant is eligible for a modification of his sentence Pursuant to 18 U.S.C. § 3582(c) and USSG § 1B1.10(c), Amendment 706 of the United States Sentencing Commission Guidelines Manual

5. Defendant's revised guideline calculation is a follows:

Total Offense Level _27_.

Criminal History Category_VI_.

_130_ to _162_ months imprisonment

_4_ to _5_ years supervised release

$ 12,500 to $ 10,000,000 fine.

6. According to the modified pre-sentence report, defendant's conduct while imprisoned reveals that the defendant had an incident report on November 10, 2007, for fighting with another person, on September 29, 2006, for being absent from assignment, on July 19, 2006, for being absent from assignment, and on January 7, 2004, for phone abuse.

7. Based upon the foregoing, the parties hereby stipulate that a sentence of 130 months is appropriate in this matter.

8. The parties further stipulate that the remainder of defendant's judgment shall remain unchanged.

9. Defendant stipulates that he waives and does not request a hearing in this matter pursuant to Fed. R. Crim. P. 43, 18 U.S..C § 3582(c)(2); United States v. Booker, 543 U.S. 220 (2005) and Kimbrough v. United States, 2007 WL 4292040 (U.S. 2007).

10. Accordingly, the parties agree and stipulate that an amended judgement may be entered by the Court in accordance with this stipulation on or after March 3, 2008, pursuant to 18 U.S.C. § 3582(c) and USSG § 1B1.10(c), Amendment 706 of the United States Sentencing Commission Guidelines Manual.

Respectfully submitted,

MARY McELROY
Counsel for Defendant

Date 6/19/08

GERARD B. SULLIVAN
Assistant U.S. Attorney

Date June 12-2008